**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JOHN LOIACONO, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

ALLIED PARTNERS MANAGEMENT LLC, 200 EAST 79TH STREET LLC CONDOMINIUM, REALTY ADVISORY BOARD ON LABOR RELATIONS, INC., SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) LOCAL 32BJ, AND DOES 1-20

Defendants

**SECOND AMENDED COMPLAINT (Fed. R. Civ. P. 15 – Name-Correction Amendment**

**Case No.: 25-cv-00330-AMD-CHK**
Hon. Ann M. Donnelly, U.S.D.J. (AMD)
Hon. Clay H. Kaminsky, U.S.M.J. (CHK)

---

Plaintiff John Loiacono, individually and on behalf of similarly situated individuals, by and through undersigned counsel, respectfully submits this Second Amended Complaint. This amendment is made solely to correct the name of one defendant—from "200 EAST 79TH STREET LLC" to "200 EAST 79TH STREET CONDOMINIUM"—and to make conforming changes to the caption and party allegations. All other allegations, claims for relief, and prayers for relief remain substantively identical to those asserted in the original Complaint filed at ECF No. 16 on May 5, 2025, and are re-pleaded herein.

This amendment is permitted under Federal Rule of Civil Procedure 15. No defendant has served a responsive pleading. In the alternative, leave to amend is freely given under Rule 15(a)(2). The correction of the defendant's name relates back under Rule 15(c)(1)(C) because the newly named defendant received notice of the action within the Rule 4(m) period and knew or should have known that the action would have been brought against it because the co-defendant Allied Partners Management LLC, who has been

property served is an agent of Defendant 200 East 79th Street Condominium but for a mistake concerning the proper party's identity.

**JURISDICTION AND VENUE**

The Court has subject-matter jurisdiction and venue is proper as alleged in the original Complaint, which allegations are repeated and re-alleged here in full.

**PARTIES**

1. Plaintiff John Loiacono is an individual and was at all relevant times employed in this District.

2. Defendant Allied Partners Management, LLC is, and at all relevant times was, an employer of Plaintiff within the meaning of applicable law.

3. Defendant 200 East 79th Street Condominium (formerly misnamed as "200 East 79th Street LLC") is, and at all relevant times was, an entity involved in the ownership, operation, management, and/or control of the premises and employment at issue. It is sued in its correct name by this amendment. Service and notice of the action have been effected through its agent Allied Partners Management, LLC such that it will not be prejudiced by this correction.

4. Defendant Realty Advisory Board on Labor Relations, Inc. is a labor-relations association and acted as alleged in the original Complaint.

5. Defendant Service Employees International Union Local 32BJ is a labor organization and acted as alleged in the original Complaint.

6. DOES 1–20 are persons and entities whose identities are presently unknown and will be substituted as discovery reveals their roles.

**FACTUAL ALLEGATIONS AND CLAIMS FOR RELIEF**

Plaintiff repeats, realleges, and incorporates by reference each and every factual allegation and claim for relief set forth in the original Complaint (ECF No. 16) as though fully set forth herein, except that all references to "200 East 79th Street LLC" are replaced with "200 East 79th Street Condominium."

**PRAYER FOR RELIEF**

Plaintiff seeks all relief demanded in the original Complaint, including compensatory and punitive damages, declaratory relief, a permanent injunction, attorneys' fees and costs where authorized, and any other relief the Court deems just and proper, with the corrected defendant name applied throughout.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated: August 11, 2025                       Respectfully submitted,

/s/ *Jo Saint-George, Esq.*
Jo Saint-George, Esq.
Women of Color For Equal Justice
4435 E. Chandler Blvd, Suite 200
Phoenix, Arizona 85048
Phone: (602)326-8663
Email: jo@woc4equaljustice.org

Tricia S. Lindsay, PC
531 E. Lincoln Ave., Ste. 5B
Mount Vernon, NY 10552
Mailing Address:
P.O. Box 88
White Plains, NY 10602
Phone: (347) 386-4604
(347) 349-5433
Tricialindsaylaw@gmail.com
attorney@tricialindsaylaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a copy of this SECOND AMENDED COMPLAINT was: ( X ) e-mailed and e-filed (X ) mailed ( ) faxed ( ) hand delivered to the person(s) listed below on:

ALLIED PARTNERS MANAGEMENT, LLC
770 Lexington Avenue, 17th Floor
New York, New York, 10065
Authorized Agent

Daniel Ryan Axelrod
Peter T. Shapiro
Lewis Brisbois Bisgaard & Smith
7 World Trade Center
Ste Floor 11
New York, NY 10007
Phone: (212)232-1300
daniel.axelrod@lewisbrisbois.com
Peter.Shapiro@lewisbrisbois.com

Attorney of Record for:
Realty Advisory Board on Labor Relations, Inc.
*Defendant*

Geoffrey Leonard
Lyle Douglas Rowen
SEIU Local 32BJ
Office of the General Counsel
25 W18th Street
New York, NY 10011
Phone: (212)388-2131
        (212)388-3452
gleonard@seiu32bj.org
lrowen@seiu32bj.org
Attorney of Record for:
Service Employees International Union (SEIU) Local 32 BJ
*Defendant*

Dated: August 11, 2025                    /s/ *Jo Saint-George, Esq.*
                                             Jo Saint-George, Esq.