**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOHN LOIACONO, individually and on behalf of
similarly situated individuals,

                  Plaintiffs,

          v.

ALLIED PARTNERS MANAGEMENT LLC, ALLIED
PARTNERS, INCE. ALLIED PARTNERS RESIDENTIAL
MANAGEMENT LLC 200 EAST 79TH STREET
CONDOMINIUM, REALTY ADVISORY BOARD ON
LABOR RELATIONS, INC., SERVICE EMPLOYEES
INTERNATIONAL UNION (SEIU) LOCAL 32BJ, AND
DOES 1-20

                  Defendants

**PLAINTIFF'S MOTION TO
TRANSFER VENUE TO THE
SOUTHERN DISTRICT OF NEW
YORK**

**Case No.: 25-cv-00330-AMD-CHK**
Hon. Ann M. Donnelly, U.S.D.J. (AMD)
Hon. Clay H. Kaminsky, U.S.M.J. (CHK)

    Plaintiff, John Loiacono,  individually and on behalf of similarly situated individuals, by and through his counsel of record respectfully moves pursuant to 28 U.S.C. § 1404(a) to transfer this action from the Eastern District of New York  (EDNY) to the Southern District of New York (SDNY). Although certain Defendants reside in counties covered by EDNY, the substantial part of the events giving rise to the claims occurred at 200 East 79th Street, New York, NY 10075, which lies in New York County (Manhattan), within SDNY. Venue in SDNY is therefore more appropriate for the convenience of parties, witnesses, and in the interest of justice. Plaintiff files this motion rather than a letter motion or letter response to this Court's Order of August 26, 2025 to expedite the transfer to avoid any further delays in anticipation that the newly named Defendants may raise the issue and preserve the record.

## I    LEGAL STANDARD

Under 28 U.S.C. § 1391(b), venue is proper where: (1) any defendant resides (if all defendants are residents of the same state); or (2) a substantial part of the events or omissions giving rise to the claim occurred.  However, when multiple districts are proper, 28 U.S.C. § 1404(a) authorizes transfer "for the convenience of parties and witnesses, in the interest of justice."

The Second Circuit Court of Appeals along with other circuits have consistently recognized that substantial-events venue controls when it is more closely tied to the facts of the case, even if other defendants reside in a neighboring district. Mitrano v. Hawes, 377 F.3d 402 (4th Cir. 2004) (court transferred breach of contract case "where the acts or omissions underlying the claims occurred", even when defendants reside in multiple districts in the same state.  Gulf Ins. Co. v. Glasbrenner, 417 F.3d 353 (2d Cir. 2005) (Court clarified that venue is proper in any district with significant events tied to the claim, even if other districts have more events.); Bates v. C&S Adjusters, Inc., 980 F.2d 865 (2d Cir. 1992)(held that venue was proper where "events giving rise" to the claims occurred and held that § 1391(b)(2) does not require the "best" venue, just that a substantial part of events occurred there.

## II    ARGUMENT

Plaintiff concedes that the SDNY is equally an appropriate venue for this case because a substantial part of the event did occur at the property where the new Defendant 200 East 79th Street Condominium ("Condo") is located, which is in New York County. The unlawful discharge, vaccine mandate enforcement and employment all occurred at the property. While some of the Defendants are within the EDNY venue, the convenience

of the parties, the Condo Board members and documentary evidence may be maintained

at the property, the SDNY venue may be geographically closer to the events that give rise

to Plaintiff's claims.

Lastly, the interest of justice may also favor the SDNY venue to avoid splitting

factual findings across districts. Also, the SDNY judges may have greater familiarity with

cases involving Manhattan-based employers and condominium boards and a transfer

ensures jurors are drawn from the community directly affected by the dispute.


**III    CONCLUSION**

For the foregoing reasons, Plaintiff respectfully request this Court to transfer the

case to the United States District Court for the Southern District of New York pursuant to

28 U.S.C. § 1404(a).


Dated: September 9, 2025                           Respectfully submitted,

                                                   /s/ *Jo Saint-George, Esq.*
                                                   Jo Saint-George, Esq.
                                                   Women of Color For Equal Justice
                                                   4435 E. Chandler Blvd, Suite 200
                                                   Phoenix, Arizona 85048
                                                   Phone: (602)326-8663
                                                   Email: jo@woc4equaljustice.org

                                                   Tricia S. Lindsay, PC
                                                   531 E. Lincoln Ave., Ste. 5B
                                                   Mount Vernon, NY 10552
                                                   Mailing Address:
                                                   P.O. Box 88
                                                   White Plains, NY 10602
                                                   Phone: (347) 386-4604
                                                   (347) 349-5433
                                                   Tricialindsaylaw@gmail.com
                                                   attorney@tricialindsaylaw.com

                                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE

SOUTHERN DISTRICT OF NEW YORK was: ( X ) e-mailed and e-filed (X ) mailed

(   ) faxed (   ) hand delivered to the person(s) listed below on:


ALLIED PARTNERS MANAGEMENT, LLC
770 Lexington Avenue, 17th Floor
New York, New York, 10065
Authorized Agent

Daniel Ryan Axelrod
Peter T. Shapiro
Lewis Brisbois Bisgaard & Smith
7 World Trade Center
Ste Floor 11
New York, NY 10007
Phone: (212)232-1300
daniel.axelrod@lewisbrisbois.com
Peter.Shapiro@lewisbrisbois.com

Attorney of Record for:
Realty Advisory Board on Labor Relations, Inc.
*Defendant*


Geoffrey Leonard
Lyle Douglas Rowen
SEIU Local 32BJ
Office of the General Counsel
25 W18th Street
New York, NY 10011
Phone: (212)388-2131
        (212)388-3452
gleonard@seiu32bj.org
lrowen@seiu32bj.org
Attorney of Record for:
Service Employees International Union (SEIU) Local 32 BJ
*Defendant*

Dated: September 9, 2025                    /s/ *Jo Saint-George, Esq.*
                                            Jo Saint-George, Esq.