USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LOIACONO, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>-against-<br><br>ALLIED PARTNERS MANAGEMENT LLC, 200 EAST 79TH STREET LLC, REALTY ADVISORY BOARD ON LABOR RELATIONS, INC., SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) LOCAL 32BJ, AND DOES 1-20,<br><br>Defendants. | 1:25-cv-07828 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The parties are HEREBY ORDERED to file a Joint Status Letter on or before September 29, 2025 regarding the status and procedural history of this case.

**SO ORDERED.**

Date: September 22, 2025
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**