

Peter T. Shapiro
7 World Trade Center, Floor 11
New York, New York 10007
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2026

January 23, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re:　　*Loiacono v. Allied Partners Management LLC, et al.*
　　　　　　　Docket No. 25-cv-07828 (MKV)

Dear Judge Vyskocil:

On behalf of Defendants, I write to request that the Court deny Plaintiff's newly filed Rule 11 motion and renewed request for summary judgment (Dkt. Nos. 109-110) or rule that no opposition need be filed. As the Court will recall, and as the motion acknowledges, the Court previously ruled that Rule 11 motions would not be entertained at this time (Dkt. Nos. 69, 80), and that Plaintiff's request for leave to move for summary judgment was denied with prejudice until the close of discovery (Dkt. No. 92). While Plaintiff certainly has the right to ask that the Court reconsider those rulings and permit the filing of an earlier motion, his only available route for doing so would be to file a written request for a pre-motion conference under the Court's Individual Rule 4(a)(i). Instead, Plaintiff filed a motion consisting of 1,306 pages which includes scurrilous accusations against the Honorable Eric Komitee which are not germane to any issue before this Court and asks that summary judgment be granted in Plaintiff's favor as a sanction. Whether the fact that this motion was filed in clear violation of the Court's directives and the contents thereof merit sanctions against Plaintiff or his counsel can be left for another day.

We thank the Court for its attention to this matter.

　　　　　　　　　　　Respectfully,

　　　　　　　　　　　*Peter T. Shapiro*

　　　　　　　　　　　Peter T. Shapiro
　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

170292906.1

Hon. Ann M. Donnelly
September 12, 2025
Page 2


cc: All Counsel (via ECF)

IT IS HEREBY ORDERED that Plaintiff's Motion for Sanctions, [ECF No. 110], is DENIED without prejudice to renewal. Plaintiff has again failed to comply with this Court's Individual Rules of Practice in Civil Cases ("Individual Rules") requiring that he file a letter requesting a pre-motion conference concerning his contemplated motion.   Individual Rules § 4(A)(i).  This is yet again another example of Plaintiff's failure to adhere to this Court's Orders and Individual Rules.  [See ECF Nos. 69, 92, 105].

***Plaintiff and his counsel are once again put on notice that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.***

The Clerk of Court is respectfully requested to terminate docket entry 110.

SO ORDERED.

Date: 1/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge