**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOHN LOIACONO, individually and on behalf of similarly situated individuals,

Plaintiff,

-against-

25 **CIVIL** 7828 (MKV)

# JUDGMENT

ALLIED PARTNERS MANAGEMENT LLC, 200 EAST 79TH STREET LLC, REALTY ADVISORY BOARD ON LABOR RELATIONS, INC., SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) LOCAL 32BJ, AND DOES 1-20,,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2026, Defendants' motion is granted in full and Plaintiff's Fifth Amended Complaint is dismissed in its entirety. All of Plaintiff's claims are dismissed with prejudice. Plaintiff, who is represented by counsel, has been given five opportunities to amend his complaint and any further attempt would be futile. See McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007); Creative Photographers, Inc. v. Grupo Televisa, S.A.B., 763 F. Supp. 3d 618, 640 (S.D.N.Y. 2025) (dismissing with prejudice where plaintiff "has had multiple opportunities to amend, and any further amendment would be futile"). Further Plaintiff has not sought leave to amend further. Felder v. United States Tennis Ass'n, 27 F.4th 834, 848 (2d Cir. 2022) ("[W]e certainly see no error or abuse of discretion in the District Court's dismissal of Felder's complaint with prejudice, as Felder did not request leave to re-amend."); accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**